IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA

GLORIA THRONEBURG and
DANIEL C. THRONEBURG, JR.,

    Plaintiffs,

vs.                                                                           CASE NO.:

WALMART, INC.,

    Defendant.
_____/

## COMPLAINT

COMES NOW, the PlaintiffS, GLORIA THRONEBURG and DANIEL C. THRONEBURG, JR., by and through their undersigned attorneys, and sues the Defendant, WALMART, INC., and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of $30,000.00, exclusive of costs and interests.

2. At all times material hereto, Plaintiffs, GLORIA THRONEBURG and DANIEL THRONEBURG, were Florida residents domiciled in Manatee County, Florida.

3. At all times material hereto, Defendant, WALMART, INC., was a foreign for profit corporation registered to conduct and actively transacting Business in Manatee County, Florida.

### COUNT I – GLORIA THRONEBURG V. WALMART, INC. - NEGLIGENCE

4. On or about March 11, 2018, Defendant, WALMART, INC., was in possession and control of the property located at 508 10th Street East, Palmetto, Florida 34221, that was operating as a retail store.

5. On or about March 11, 2018, Plaintiff, GLORIA THRONEBURG and DANIEL THRONEBURG, were business invitees at Defendant's store and were shopping in the subject premises.

6. At that time and place, Plaintiff, GLORIA THRONEBURG, was in the process of shopping for a bicycle. While checking the assembled bicycle, the bicycle's seat failed and Plaintiff fell to the ground as a result.

7. Defendant, WALMART, INC., owes a duty to maintain the products it showcases for sale in its' stores in a reasonably safe condition for its business invitees.

8. Defendant, WALMART, INC., breached its duty to Plaintiff and GLORIA THRONEBURG is entitled to recover damages based on the following facts:

    (a) Defendant's employees, while acting within the course and scope of their employment, failed to keep a bicycle it showcased for sale in a reasonably safe condition for their customers, lawfully on the subject premises. Specifically, Defendant, WALMART, INC., by and through its employees, failed to properly assemble the aforementioned bicycle and/or exposed the aforementioned bicycle to the general public without supervision, thereby creating a danger for its' business invitees;

    (b) Defendant failed to warn of the dangerous conditions created by the improperly assembled bicycle, which Defendant permitted customers to "test out" before purchasing;

    (c) Defendant knew or should have known that the bicycle's compromised condition created a dangerous condition for its business invitees;

    (d) Defendant failed to inspect the bicycle for the presence of dangerous

    defects or conditions which posed a hazard to its business invitees;

  (e) Defendant failed to supervise, monitor and/or otherwise assist business invitees while sampling the bicycles on display.

  (f) Defendant failed to otherwise exercise reasonable care for the safety of its business invitees.

9. As a direct and proximate result of the negligence by Defendant, WALMART, INC., Plaintiff, GLORIA THRONEBURG, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for enjoyment of life, expense of hospitalization, medical and nursing care treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, GLORIA THRONEBURG, demands judgment against the Defendant, WALMART, INC., in excess of Thirty Thousand Dollars ($30,000.00), exclusive of costs and interests, and demands a trial by jury on all issues so triable.

**COUNT II – DANIEL THRONEBURG v. WALMART, INC. – LOSS OF CONSORTIUM**

10. Plaintiff, DANIEL THRONEBURG, realleges, adopts and incorporates by reference all previously numbered paragraphs above, as if fully stated herein.

11. At all times relevant to the claims asserted in this civil action, Plaintiffs, DANIEL THRONEBURG and GLORIA THRONEBURG, were lawfully wedded husband and wife who lived together and shared the marital relationship.

12. As a result of GLORIA THRONEBURG'S injuries, Plaintiff, DANIEL THRONEBURG, has suffered the loss of her services, comfort, care, society and attentions and will suffer such losses into the future.

**WHEREFORE**, Plaintiff, DANIEL THRONEBURG, demands judgment against Defendant, WALMART, INC., in excess of Thirty Thousand Dollars ($30,000), exclusive of costs and interest and demands a trial by jury on all issues so triable.

Date: 05/03/2021

BECKER & LINDAUER, LLC

DAVID S. BECKER, ESQ.
Florida Bar No.: 0764426
11023 Gatewood Drive, Suite 103
Bradenton, Florida 34211
Phone: (941) 567-6728
Facsimile: (941) 499-8406
Primary Email: Service@blfllaw.com
Secondary Email: dave@blfllaw.com
Attorney for Plaintiff